[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-15778
Non-Argument Calendar
_____

D.C. Docket No. 1:15-cr-00049-ELR-JFK-1

UNITED STATES OF AMERICA,

                                                                Plaintiff-Appellee,

versus

DAPHNE MARIA PATTERSON,

                                                                Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(October 12, 2016)

Before MARTIN, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

John Lovell, appointed counsel for Daphne Patterson in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Patterson's convictions and sentences are **AFFIRMED**.